The next matter is United States v. Clarence Powell.